# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

SHANE NICHOLSON,

    Plaintiff,

v.                                          CASE NO.  8:17-cv-529-T-26TGW

NPC INTERNATIONAL, INC.
d/b/a Pizza Hut,

    Defendant.
_____/

## O R D E R

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, it is **ORDERED AND ADJUDGED** that the parties' Joint Motion to Stay Proceedings Pending Completion of Arbitration (Dkt. 7) is **granted**. All proceedings in this case are stayed pending the completion of arbitration proceedings as governed by the terms and provisions of Plaintiff's employment agreement with Defendant. The Clerk is directed to **administratively close** this case during the period of the stay.

**DONE AND ORDERED** at Tampa, Florida, on March 10, 2017.

                                  s/*Richard A. Lazzara*
                                  **RICHARD A. LAZZARA**
                                  **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record